BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorney for Petitioner United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>NATHAN D. BACON,<br><br>    Respondent.<br>_____ | Case No. 1:11-cv-01250-AWI-SMS<br><br>**PETITIONER'S CONSENSUAL REQUEST TO CONTINUE SHOW-CAUSE HEARING**<br><br>TAXPAYER: NATHAN D. BACON<br><br>Date:   Friday, September 23, 2011<br>Time:  9:30 a.m.<br>Ctrm:  7 (Honorable Sandra M. Snyder) |

Petitioner, the United States of America, litigating in aid of the tax determination investigation of IRS Revenue Officer Michael Nicholas, requests that Judge Snyder continue the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, September 23, 2011, until Friday, October 28, 2011, at 9:30 a.m. in the Judge Snyder's courtroom.  By this consensual continuance, the parties seek to give the Respondent, Nathan D. Bacon, who was served late, additional time to respond to the IRS summons in suit, possibly mooting this proceeding.  A supporting declaration and a proposed Order are attached.

Dated: September 19, 2011                                        BENJAMIN B. WAGNER
                                                                                        United States Attorney

                                                                          By:    /s/ YHimel
                                                                                        YOSHINORI H. T. HIMEL
                                                                                        Assistant United States Attorney

## DECLARATION OF MARY ANN RACKLEY

MARY ANN RACKLEY declares under 28 U.S.C. 1746(2):

1.  I am a Paralegal Specialist in the office of the United States Attorney for the Eastern District of California, and am assigned paralegal duties in the office's tax summons enforcement cases including above-captioned case.

2.  I understand from the IRS that it was unable to serve respondent with the Order to Show Cause and related papers until September 15, 2011.  Taxpayer recently moved to southern California, and it took a state agency several weeks to respond to the Revenue Officer's request for taxpayer's current contact information.  I am expecting proof of personal service by the IRS to arrive shortly so that I can file it with the Court.

3.  On September 19, 2011, I spoke with respondent by telephone.  I checked that he had been served with process, and understood that he intends to respond to this proceeding by complying with the IRS summons.  I asked whether he might need more time to prepare his compliance, and offered him a five-week continuance of the show-cause hearing, until October 28, 2011, to give him that time.  He expressed his consent to the continuance.

4.  No previous continuance of this time has been requested or received.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on September 20, 2011.

                                          */s/ Mary Ann Rackley*
                                          MARY ANN RACKLEY

## ORDER

It is hereby ORDERED that the Order to Show Cause Hearing is hereby CONTINUED until **Friday, November 18, 2011, at 9:30 a.m. in Courtroom 7.**

Dated:   September 20, 2011            /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE