# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cv-01250-AWI-SMS |
| Plaintiff, | ORDER ADOPTING |
| v. | FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS |
| NATHAN D. BACON, | |
| Respondent. | (Doc. 12) |

The United States petitioned for enforcement of an I.R.S. summons issued by Revenue Officer Martha Rodriguez to Respondent Nathan D. Bacon. The matter was referred to United States Magistrate Judge Sandra M. Snyder pursuant to 28 U.S.C. § 636 *et seq.* and Local Rule 72-302.

On August 2, 2011, the Magistrate Judge ordered Respondent to show cause why the I.R.S. summons issued to him on January 7, 2011, should not be enforced. The Petitioner served Respondent with the Petition, Points and Authorities, and Order to Show Cause in conformity with F.R.Civ.P. 4. Respondent neither filed an opposition to enforcement under paragraph 3, page 2 of the order to show cause nor appeared at the November 16, 2011 hearing before the Magistrate Judge.

-1-

On November 23, 2011, the Magistrate Judge filed Findings and Recommendations, finding that the summons enforcement requirements had been satisfied and recommending enforcement of the summons. Petitioner served Respondent by mail with the Findings and Recommendations on December 19, 2011.

The Findings and Recommendations provided ten days for the filing of objections. Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis, and determines that the summons enforcement is properly granted.

Accordingly, the Court hereby ORDERS:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed November 23, 2011, are hereby adopted in full.

2. The I.R.S. summons issued to Respondent is hereby enforced.

3. Respondent, Nathan D. Bacon, is ordered to appear before investigating Revenue Officer Michael Nicholas, or his designated representative, as the I.R.S. offices at 1533 Lakewood Avenue, Modesto, California 95355, 21 days after the issuance of this order, at 10:00 a.m., or such later date and time to be set by Revenue Officer Nicholas, then and there to be sworn, to give testimony, and to produce for examination and copying the books, checks, records, papers and other data demanded by the summons. The examination shall continue from day to day until completed.

4.  The Clerk of Court is directed to serve this and future orders by mail to Mr. Nicholas D. Bacon, 30019 Westlake Drive, Menifee, CA 92584.

IT IS SO ORDERED.

Dated:  January 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE