UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br>v.<br><br>NATHAN D. BACON,<br><br>        Respondent. | Case No. 1:11-cv-01250-AWI-SMS<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Date:  Monday, December 17, 2012<br>Time:  1:30 P.M.<br>Ctrm:  #2, 8th Floor<br>Honorable Chief Judge Anthony W. Ishii |

Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer MICHAEL NICHOLAS, it is hereby:

ORDERED that the respondent, NATHAN D. BACON, appear before United States District Court Chief Judge ANTHONY W. ISHII, in that Judge's courtroom in the United States Courthouse, 2500 Tulare Street, Fresno, California, 93721, on Monday, December 17, 2012; 1:30 p.m. and that respondent show cause as follows:

1. Why respondent, NATHAN D. BACON, should not be held in civil contempt of this Court for his failure to comply with the Order filed on January 18, 2012, directing respondent to comply with the I.R.S. Summons issued on January 7, 2011.

2. Why the respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within fourteen (14) calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed January 18, 2012. Doc. 15.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated:   November 14, 2012

UNITED STATES DISTRICT JUDGE