FILED

FEB 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
        Plaintiffs,            )    No CV-11-1250-AWI
                               )
    vs.                        )    ORDER OF RELEASE
                               )
NATHAN BACON                   )
                               )
        Defendant.             )
_____)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH .

DATED:  2-4-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1