BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 93721
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01250-AWI-SMS |
| Petitioner, | **PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE** |
| v. | |
| NATHAN D. BACON, | Taxpayer: **NATHAN D. BACON** |
| Respondent. | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons enforced here. The case can and should be closed.

Dated: February 12, 2013            BENJAMIN B. WAGNER
                                    United States Attorney


                            By:    /s/ *YHimel*
                                    YOSHINORI H. T. HIMEL
                                    Assistant U. S. Attorney

PETITIONER'S NOTICE OF COMPLIANCE;                                       1
ORDER CLOSING FILE

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

**CERTIFICATE OF SERVICE BY MAIL**

 The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

 That on February 12, 2013 she served copies of:

**PETITIONER'S NOTICE OF COMPLIANCE;
ORDER CLOSING FILE**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Fresno, California.

**Addressees:**

Nathan D. Bacon
606 Wendy Way
Turlock, CA  95382-7338

           /s/ *Paulette M. Tremblay*
           Paulette M. Tremblay

IT IS SO ORDERED.

Dated:   February 12, 2013

           SENIOR  DISTRICT  JUDGE